# Exhibit 2

**Alex E. Jones**

| | |
|---|---|
| **From:** | Jonathan Feldman <jonathan.feldman@therabodycorp.com> |
| **Sent:** | Thursday, June 22, 2023 1:50 PM |
| **To:** | Alex E. Jones |
| **Subject:** | Fwd: FW: Dominion Sourcing & Therabody |

FYI

---------- Forwarded message ---------
From: **Andrew Spellman** <andrew.spellman@therabodycorp.com>
Date: Wed, Jun 21, 2023 at 9:22 AM
Subject: FW: Dominion Sourcing & Therabody
To: Jonathan Feldman <jonathan.feldman@therabodycorp.com>


See below reference to "employees and drivers".

Andrew

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com



EXHIBIT 2

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Friday, September 2, 2022 at 12:33 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Dominion Sourcing & Therabody

Hi Andrew,

We don't use D & B. We have commercial references that we purchase from quite often in ABT Commercial as well Staples. We just got done purchasing about 30,000 computers from staples for our employees and drivers. Since we're a private company paying wire or credit card, I don't think we would release financials. I'm a bit confused on the below. Can we talk about what you need on Tuesday?  I don't want there to be any hang ups.

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Friday, September 2, 2022 1:23 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Dominion Sourcing & Therabody

Thank you.

AS

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Friday, September 2, 2022 at 12:10 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Dominion Sourcing & Therabody

No problem.  Will have to get you info on Tuesday.

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Friday, September 2, 2022 12:59:08 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Dominion Sourcing & Therabody

David:
As we set up your account and I sent your order through, it was flagged by our order risk management team and they are requesting some things from you as they reviewed your D&B report.
Can you please provide any financials, bank references, or commercial customer references for them to review?
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Friday, September 2, 2022 at 10:50 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Dominion Sourcing & Therabody

Great news thank you.  When can you have a sales order ready for me?

Thanks,

David Walton

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Friday, September 2, 2022 11:36:31 AM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Dominion Sourcing & Therabody

David:
We have all products ready to ship.  Attached is ACH info.
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



4

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Friday, September 2, 2022 at 9:09 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

5K Mini  @ $90
4K Prime @ $140
1500 Pro  @ $275

Call next week for Credit Card.  Just to confirm that is a 2% fee added to total charge correct?

Thanks,

David Walton

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Thursday, September 1, 2022 1:32 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody


David:
Here are the item numbers:

Theragun PRO          G4-PRO-PKG-US
Theragun Prime        G4-PRIME-PKG-US
Theragun mini         G4-MINI-PKG-US

Andrew



Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Thursday, September 1, 2022 at 12:05 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Can you get me the part numbers for this first order?  Will have form back in your hands with first order by morning.  What is the turnaround time on shipping?   I will have a small batch of around 9000 on the first order. If that goes well, I can start pushing them out to our other larger companies fairly quickly.


Thanks,

David Walton

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, August 31, 2022 8:24:27 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody


Ready!

**Andrew Spellman**
VP of Corporate Markets | Therabody
P • 314.278.8835
E • andrew.spellman@therabodycorp.com
www.therabody.com




On Aug 31, 2022, at 6:57 PM, David Walton <DWalton@dominionsource.com> wrote:

We may go big with this. If you can do those prices we can do a huge company wide campaign

Thanks,

David Walton

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, August 31, 2022 9:24:50 AM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Great.  Thank you.
Andrew




Andrew Spellman

Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Wednesday, August 31, 2022 at 8:22 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Awesome news.  Thank you. I am out on vacation back until Friday. Will have it to you then

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, August 31, 2022 9:18:23 AM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

David:
We can get to those prices for you for a large buy of the 2,000 or so units per unit you
are requesting.  Please complete the attached New Account Form to get things rolling on
our end and return to me.
Andrew



Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 5:20 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** RE: Therabody

Hi Andrew:

These are the prices that would work for us.  It would be around 2000-2500 of each.  Let me know ASAP as we can move fairly quickly on these.

Mini - $90
Pime- $140
Pro - $275

**Thanks,**

**David Walton**
Mobile: 804-385-2111

---

This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Tuesday, August 30, 2022 3:19 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Sounds great.  Thank you.
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 2:16 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

I'm waiting on my boss with the numbers. Should have them by the morning

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Tuesday, August 30, 2022 3:13:50 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Let me know if you would rather discuss over the phone.
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com

 Therabody

---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 12:36 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Andrew,

Thanks for the e-mail and prices.  I have reviewed your prices, but I don't think these prices will work for us.  To be honest Hyperice came back to us with much more aggressive prices.  Without a doubt, Therabody is #1 but for us we want to give away a branded product and get the best price.   If you guys have some more room, we could give you some suggested pricing.

If you are ever in the Virginia area please stop in to see me.

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Friday, August 26, 2022 11:44:37 AM

**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody


Actually same for PRO and mini. 3% more off for Elite and Prime.

**Andrew Spellman**
VP of Corporate Markets | Therabody
P • 314.278.8835
E • andrew.spellman@therabodycorp.com
www.therabody.com




On Aug 26, 2022, at 10:27 AM, David Walton <DWalton@dominionsource.com> wrote:


Thanks for quick reply. Just so I can go back with other options. What would 5k at each one be?

Thanks,

David Walton

---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Sent:** Friday, August 26, 2022 10:55:10 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Andrew,

Please get me the best pricing you can on (2-3K each) of Pro, Elite, Mini, and Prime.  I'm also considering Hyperice devices.



Thanks,

David

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Thursday, August 25, 2022 4:47 PM

**To:** David Walton <<DWalton@DOMINIONSOURCE.COM>>
**Subject:** Therabody

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: <andrew.spellman@therabodycorp.com>
W: <www.therabody.com>



---

**From:** David Walton <<DWalton@DOMINIONSOURCE.COM>>
**Date:** Thursday, August 25, 2022 at 3:25 PM
**To:** Hannah Solton <<hannah.solton@therabodycorp.com>>
**Cc:** Andrew Spellman <<andrew.spellman@therabodycorp.com>>
**Subject:** Re:

Greetings and thank you Hannah.   Andrew please let me know a good time to speak I'm pretty wide-open

Thanks,

David Walton

---

**From:** Hannah Solton <<hannah.solton@therabodycorp.com>>
**Sent:** Thursday, August 25, 2022 4:16:38 PM
**To:** David Walton <<DWalton@DOMINIONSOURCE.COM>>
**Cc:** Andrew Spellman <<andrew.spellman@therabodycorp.com>>
**Subject:** Re:

Hi David,

Great to meet you! We'd love to speak with you about this further.

Andrew Spellman, our VP of Corporate Markets, can definitely help you out with this. He's copied on this email.

Andrew, David is interested in purchasing 2,000 - 3,000 Theraguns.

I will let you both take it from here.

All the best,

**Hannah Solton**

Executive Project Manager | Therabody

P • 310 801 2087

E • hannah.solton@therabodycorp.com

www.Therabody.com

---

**From:** David Walton
**Sent:** Tuesday, August 23, 2022 5:53:57 AM
**To:** hannah.solton@therabodycorp.com <hannah.solton@therabodycorp.com>
**Subject:**

Hannah

Was wondering if you could point me in the right direction?  We are looking to source a lot of your product for the upcoming fall and winter.

Thanks,

David Walton
804-385-2111

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.