# Exhibit 3

# Alex E. Jones

| | |
|---|---|
| **From:** | Jonathan Feldman <jonathan.feldman@therabodycorp.com> |
| **Sent:** | Thursday, June 22, 2023 1:49 PM |
| **To:** | Alex E. Jones |
| **Subject:** | Fwd: FW: Therabody |

---------- Forwarded message ---------
From: **Andrew Spellman** <andrew.spellman@therabodycorp.com>
Date: Wed, Jun 21, 2023 at 9:24 AM
Subject: FW: Therabody
To: Jonathan Feldman <jonathan.feldman@therabodycorp.com>

"huge company wide campaign"

AS

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com



1

EXHIBIT 3

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Wednesday, August 31, 2022 at 6:57 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

We may go big with this. If you can do those prices we can do a huge company wide campaign

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, August 31, 2022 9:24:50 AM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Great.  Thank you.

Andrew

**Andrew Spellman**

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com

2



**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Wednesday, August 31, 2022 at 8:22 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Awesome news. Thank you. I am out on vacation back until Friday. Will have it to you then

Thanks,

David Walton

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, August 31, 2022 9:18:23 AM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

David:

We can get to those prices for you for a large buy of the 2,000 or so units per unit you

are requesting. Please complete the attached New Account Form to get things rolling on

our end and return to me.

Andrew

3

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 5:20 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** RE: Therabody

Hi Andrew:

These are the prices that would work for us.  It would be around 2000-2500 of each.  Let me know ASAP as we can move fairly quickly on these.

Mini - $90

Pime- $140

Pro - $275

4

**Thanks,**

**David Walton**

Mobile: 804-385-2111

This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Tuesday, August 30, 2022 3:19 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Sounds great.  Thank you.

Andrew

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com

5



**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 2:16 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

I'm waiting on my boss with the numbers. Should have them by the morning

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Tuesday, August 30, 2022 3:13:50 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Let me know if you would rather discuss over the phone.

Andrew

Andrew Spellman

Vice President Corporate Markets | Therabody

C: 314-278-8835

E: andrew.spellman@therabodycorp.com

W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Tuesday, August 30, 2022 at 12:36 PM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Therabody

Andrew,

Thanks for the e-mail and prices.  I have reviewed your prices, but I don't think these prices will work for us.  To be honest Hyperice came back to us with much more aggressive prices.  Without a doubt, Therabody is #1 but for us we want to give away a branded product and get the best price.   If you guys have some more room, we could give you some suggested pricing.

If you are ever in the Virginia area please stop in to see me.

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Friday, August 26, 2022 11:44:37 AM

7

**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Therabody

Actually same for PRO and mini. 3% more off for Elite and Prime.

**Andrew Spellman**

VP of Corporate Markets | Therabody

P • 314.278.8835

E • andrew.spellman@therabodycorp.com

www.therabody.com

> On Aug 26, 2022, at 10:27 AM, David Walton <DWalton@dominionsource.com> wrote:
>
> Thanks for quick reply. Just so I can go back with other options. What would 5k at each one be?
>
> Thanks,
>
> David Walton
>
> ---
>
> **From:** David Walton <DWalton@DOMINIONSOURCE.COM>
> **Sent:** Friday, August 26, 2022 10:55:10 AM
> **To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
> **Subject:** Re: Therabody

8

Andrew,

Please get me the best pricing you can on (2-3K each) of Pro, Elite, Mini, and Prime.  I'm also considering Hyperice devices.

Thanks,

David

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Thursday, August 25, 2022 4:47 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Therabody

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



9

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Thursday, August 25, 2022 at 3:25 PM
**To:** Hannah Solton <hannah.solton@therabodycorp.com>
**Cc:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re:

Greetings and thank you Hannah.   Andrew please let me know a good time to speak I'm pretty wide-open

Thanks,

David Walton

**From:** Hannah Solton <hannah.solton@therabodycorp.com>
**Sent:** Thursday, August 25, 2022 4:16:38 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Cc:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re:

Hi David,

Great to meet you! We'd love to speak with you about this further.

Andrew Spellman, our VP of Corporate Markets, can definitely help you out with this. He's copied on this email.

Andrew, David is interested in purchasing 2,000 - 3,000 Theraguns.

I will let you both take it from here.

All the best,

**Hannah Solton**
Executive Project Manager | Therabody
P • 310 801 2087
E • hannah.solton@therabodycorp.com
www.Therabody.com

**From:** David Walton
**Sent:** Tuesday, August 23, 2022 5:53:57 AM
**To:** hannah.solton@therabodycorp.com <hannah.solton@therabodycorp.com>
**Subject:**

Hannah

Was wondering if you could point me in the right direction?  We are looking to source a lot of your product for the upcoming fall and winter.

Thanks,

David Walton
804-385-2111

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.