# Exhibit 4

**Therabody, Inc.**



6100 Wilshire Blvd.
Suite 200
Los Angeles California 90048
United States

(424) 250-8098

billing@therabodycorp.com

# SALES ORDER

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **SALES # SO1162234** |
| Dominion Sourcing, LLC<br>13321 W Salisbury road<br>Midlothian Virginia 23113<br>United States | Dominion Sourcing, LLC<br>1601 Jessup Street<br>Wilmington DE 19802<br>United States | **DATE** 09/02/2022<br>**PO#** SO1162234 |

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **G4-MINI-PKG-US**<br>THERAGUN MINI | 5,000 | 90.00 | 450,000.00 |
| **G4-PRIME-PKG-US**<br>THERAGUN PRIME | 4,000 | 140.00 | 560,000.00 |
| **G4-PRO-PKG-US**<br>Theragun PRO | 1,500 | 275.00 | 412,500.00 |
| **Shipping Service fee**<br>FREIGHT TBD | 1 | 0.00 | 0.00 |

|  |  |
|---|---|
| SUBTOTAL | 1,422,500.00 |
| TAX TOTAL (0%) | 0.00 |
| SHIPPING COST | 0.00 |
| TOTAL | USD 1,422,500.00 |

**Please Remit Check Payment To:**
PO Box 102569 Pasadena, CA 91189

| **Bank Name** | **Routing** | **Account #** | **Name** |
|---|---|---|---|
| JPMorgan Chase | 322271627 | 689688494 | Therabody, Inc |

SO1162234

1 of 1