# Exhibit 5

**Therabody, Inc.**

6100 Wilshire Blvd.
Suite 200
Los Angeles California 90048
United States

(424) 250-8098

billing@therabodycorp.com



# SALES ORDER

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Dominion Sourcing, LLC<br>13321 W Salisbury road<br>Midlothian VA 23113<br>United States | Dominion Sourcing, LLC<br>1601 Jessup Street<br>Wilmington DE 19802<br>United States | **SALES #**<br>**DATE**<br>**PO#** | SO1190190<br>10/12/2022<br>DOMINION SOURCING ORDER 2 |

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **MINI-RETAIL**<br>B2B MINI RETAIL demo | 1,092 | 87.00 | 95,004.00 |
| **G4-PRIME-PKG-US**<br>THERAGUN PRIME | 5,000 | 140.00 | 700,000.00 |
| **G4-PRO-PKG-US**<br>Theragun PRO | 3,000 | 275.00 | 825,000.00 |
| | | SUBTOTAL | 1,620,004.00 |
| | | TAX TOTAL (0%) | 0.00 |
| | | SHIPPING COST | 8,800.00 |
| | | TOTAL | USD 1,628,804.00 |

Please Remit Check Payment To:
PO Box 102569 Pasadena, CA 91189

| **Bank Name** | **Routing** | **Account #** | **Name** |
|---|---|---|---|
| JPMorgan Chase | 322271627 | 689688494 | Therabody, Inc |

SO1190190

1 of 1