# Exhibit 6

**Therabody, Inc.**



6100 Wilshire Blvd.
Suite 200
Los Angeles California 90048
United States

(424) 250-8098

billing@therabodycorp.com

# SALES ORDER

**BILL TO**
Dominion Sourcing, LLC
13321 W Salisbury road
Midlothian VA 23113
United States

**SHIP TO**
Dominion Sourcing, LLC
Dominion Sourcing, LLC
77 McCullough Dr
Suite 8
New Castle DE 19720
United States

**SALES  # SO1309224**
**DATE** 12/14/2022
**PO#** ORDER 3 PRIMES

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **G4-PRIME-PKG-US**<br>THERAGUN PRIME | 1,000 | 125.00 | 125,000.00 |

| | |
|---|---|
| SUBTOTAL | 125,000.00 |
| TAX TOTAL (0%) | 0.00 |
| SHIPPING COST | 1,400.00 |
| TOTAL | USD  126,400.00 |

**Please Remit Check Payment To:**
PO Box 102569 Pasadena, CA 91189

| Bank Name | Routing | Account # | Name |
|---|---|---|---|
| JPMorgan Chase | 322271627 | 689688494 | Therabody, Inc |

SO1309224