# Exhibit 7

**Therabody, Inc.**

6100 Wilshire Blvd.
Suite 200
Los Angeles California 90048
United States

(424) 250-8098

billing@therabodycorp.com



# SALES ORDER

| **BILL TO** | **SHIP TO** | **SALES #** SO1354224 |
|---|---|---|
| Dominion Sourcing, LLC<br>13321 W Salisbury road<br>Midlothian VA 23113<br>United States | Dominion Sourcing, LLC<br>Dominion Sourcing, LLC<br>77 McCullough Dr<br>Suite 8<br>New Castle DE 19720<br>United States | **DATE** 1/10/2023<br>**PO#** SO1354224 |

| ACTIVITY | QTY | PRICE | AMOUNT |
|---|---|---|---|
| **G4-ELITE-BLK-PKG-US**<br>Theragun Elite | 4,000 | 167.50 | 670,000.00 |
| SUBTOTAL | | | 670,000.00 |
| TAX TOTAL (0%) | | | 0.00 |
| SHIPPING COST | | | 3,700.00 |
| TOTAL | | | USD 673,700.00 |

**Please Remit Check Payment To:**
PO Box 102569 Pasadena, CA 91189

| **Bank Name** | **Routing** | **Account #** | **Name** |
|---|---|---|---|
| JPMorgan Chase | 322271627 | 689688494 | Therabody, Inc |

SO1354224

1 of 1