# Exhibit 8

| Sales Order # | Product | Quantity | Price Paid | Total Paid | MSRP | Total MSRP |
|---|---|---|---|---|---|---|
| SO1162234 | G4-Mini | 5000 | $ 90.00 | $ 450,000.00 | $ 199.00 | $ 995,000.00 |
| SO1162234 | G4-Prime | 4000 | $ 140.00 | $ 560,000.00 | $ 299.00 | $ 1,196,000.00 |
| SO1162234 | G4-Pro | 1500 | $ 275.00 | $ 412,500.00 | $ 599.00 | $ 898,500.00 |
| SO1190190 | B2B Mini Retail Demo | 1092 | $ 87.00 | $ 95,004.00 | $ 199.00 | $ 217,308.00 |
| SO1190190 | G4-Prime | 5000 | $ 140.00 | $ 700,000.00 | $ 299.00 | $ 1,495,000.00 |
| SO1190190 | G4-Pro | 3000 | $ 275.00 | $ 825,000.00 | $ 599.00 | $ 1,797,000.00 |
| SO1309224 | G4-Prime | 1000 | $ 125.00 | $ 125,000.00 | $ 299.00 | $ 299,000.00 |
| SO1354224 | G4-Elite | 4000 | $ 167.50 | $ 670,000.00 | $ 399.00 | $ 1,596,000.00 |
| | | | | $ 3,837,504.00 | | $ 8,493,808.00 |

**Difference between price paid and MSRP:    $4,656,304.00**