# Exhibit 9



**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 **| Mobile:** 440.832.0599 **| AEJ@kjk.com**

**VIA CERTIFIED MAIL AND EMAIL** (DWalton@dominionsource.com)

**February 7, 2023**

David C. Walton
IT Director
Dominion Sourcing LLC
13321 W. Salisbury Rd.
Midlothian, Virginia 23113

and

14321 Winter Breeze Dr.
Suite 46
Midlothian, Virginia 23113

**Re:   Demand for Payment and Immediate Cease and Desist of Sale or Transfer of Therabody Products**

**Dear David:**

Please be advised that Therabody, Inc. ("***Therabody***") has retained our firm in connection with Dominion Sourcing, LLC's ("***Dominion***") material breach of the September 12, 2022 Therabody Terms & Conditions of Sale (Corporate Markets) agreement (the "***Agreement***"). Please remit payment to Therabody in the amount of four million, three-hundred ninety-seven thousand, one hundred and four dollars ($4,397,104) immediately pursuant to Section 3 of the Agreement. Please have your legal counsel contact me at its earliest convenience to discuss.

Under the Agreement, Dominion purchased 23,792 products (the "***Products***") from Therabody from September 2022 to January 2023 as set forth below.

| Sales Order Number | Product | Product Price Paid | Quantity | Total Price Paid |
|---|---|---|---|---|
| SO1162234 | G4-Mini | $90.00 | 5000 | $450,000 |
| SO1162234 | G4-Prime | $140.00 | 4000 | $560,000 |
| SO1162234 | G4-Pro | $275.00 | 1500 | $412,500 |

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43215

**KJK**.com

MERITAS®

A LAW FIRM **BUILT FOR BUSINESS.**

EXHIBIT 9



**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 | **Mobile:** 440.832.0599 | **AEJ@kjk.com**

| Sales Order Number | Product | Product Price Paid | Quantity | Total Price Paid |
|---|---|---|---|---|
| SO1190190 | B2B Mini Retail Demo | $87.00 | 1092 | $95,004 |
| SO1190190 | G4-Prime | $140.00 | 5000 | $700,000 |
| SO1190190 | G4-Pro | $275.00 | 2200 | $605,000 |
| SO1309224 | G4-Prime | $125.00 | 1000 | $125,000 |
| SO1354224 | G4-Elite | $167.50 | 4000 | $670,000 |

In total, Therabody sold the Products at a steep discount to Dominion for $3,617,504. The MSRP of the Products totals $8,014,608.

Dominion purchased the Products under the guise that it would be giving the Products to its employees as gifts. However, Therabody has recently discovered that certain of the Products that it sold to Dominion have made their way into ecommerce channels in violation of Section 3 of the Agreement. In particular, Therabody tracked the Products to multiple sellers on the Amazon Marketplace who are not authorized resellers of Therabody's products or otherwise permitted to sell, advertise, or represent an affiliation with Therabody and its products.

Without question, Section 3 of the Agreement prohibits Dominion from selling or otherwise transferring the Products to anyone via ecommerce channels, including without limitation, the Amazon Marketplace. Under Section 3, Dominion is also prohibited from selling or otherwise transferring the Products to any person or operators engaged in ecommerce. For violating Section 3, Dominion has agreed that it would pay "the difference of the purchase price paid by [Dominion] for the Products and the MSRP for such Products" to Therabody.

Accordingly, on or before **February 24, 2023**, please remit payment to Therabody in the amount of $4,397,104, which represents the difference between the MSRP of the Products and the discounted price paid by Dominion, as Dominion agreed. If payment is not received by that date, Therabody reserves the right to charge the full amount of damages to the Dominion credit card that Therabody has on file. In addition, and in accordance with Section 3, Therabody demands that Dominion immediately cease and desist from: (i) selling any of the Products on any ecommerce platform; and (ii) selling or transferring any of the Products to any third party who intends to sell the Products through any ecommerce channel.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43215

**KJK**.com



A LAW FIRM **BUILT FOR BUSINESS.**

4880-6242-9519, v. 1



**ALEX E. JONES | Partner**

**Direct:** 216.736.7241 **| Mobile:** 440.832.0599 **|** **AEJ@kjk.com**

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS, AND THIS LETTER IS WITHOUT PREJUDICE TO OUR CLIENT'S LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**Sincerely,**

**ALEX E. JONES**
**Partner | KJK**

cc: Kyle D. Stroup, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43215

**KJK**.com



A LAW FIRM **BUILT FOR BUSINESS.**

4880-6242-9519, v. 1