# EXHIBIT C

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 6/13/2023 at 4:42 PM PDT and filed on 6/13/2023

**Case Name:** Therabody, Inc. v. Dominion Sourcing, LLC et al
**Case Number:** [2:23-cv-02086-SB-AS](#)
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**(IN CHAMBERS) ORDER advancing motion hearing and mandatory scheduling conference by Judge Stanley Blumenfeld, Jr.: The Court is in receipt of Defendants' motion to dismiss. Dkt. No. [22]. The Court ADVANCES the hearing on Plaintiffs motion and the mandatory scheduling conference to July 14, 2023 in person in Courtroom 6C. Plaintiff's opposition to the motion is due June 23, 2023 and any reply is due June 30, 2023. The parties' joint Rule 26(f) report is due July 5, 2023. The parties are ordered to meet and confer about the motion to dismiss before Plaintiff's opposition deadline to attempt to narrow the issues in dispute.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jgr) TEXT ONLY ENTRY**