# EXHIBIT D

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Levin, Jesse on 6/23/2023 at 12:16 PM PDT and filed on 6/23/2023

**Case Name:** Therabody, Inc. v. Dominion Sourcing, LLC et al
**Case Number:** [2:23-cv-02086-SB-AS](#)
**Filer:** Therabody, Inc.
**Document Number:** [28](#)

**Docket Text:**
**NOTICE of Voluntary Dismissal filed by Plaintiff Therabody, Inc.. Dismissal is without prejudice. (Levin, Jesse)**