# EXHIBIT A

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Tuesday, October 11, 2022 10:17 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** mini Devices for Dominion Source

David:
I was able to get all 1,1xx mini Brown Box for you. I'll have the warehouse do a physical count
so I know exactly how many there are. Last check it was 1,193 but I want an accurate count.

Also, I tried for better, but was able to get these for you at $87.00 each.
Andrew




**Andrew Spellman**
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com