# EXHIBIT B

**From:** Therabody (info@therabodycorp.com) <system@sent-via.netsuite.com>
**Sent:** Monday, October 24, 2022 1:39 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Therabody | Your Order is Shipped



## Your Order is on its way.

Here is your package number:

## Order Details

Order Number: Dominion Sourcing Order 2
Purchase Date: 10/12/2022

| Item | Quantity |
|---|---|
| MINI-RETAIL B2B MINI RETAIL | 1,092 |
| G4-PRIME-PKG-US PRIME US | 5,000 |
| G4-PRO-PKG-US PRO US | 2,200 |

### Billing Address

Dominion Sourcing, LLC
13321 W Salisbury road
Midlothian VA 23113
United States

### Shipping Address

Dominion Sourcing, LLC
1601 Jessup Street
Wilmington DE 19802
United States

# DOWNLOAD THE APP

Interactive guides + pro tips to get the most from your Theragun



Copyright © 2021 Therabody, Inc., All rights reserved.

6100 Wilshire Blvd., 2nd floor, Los Angeles CA 90048