# Exhibit 1

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Date:** Tuesday, January 30, 2024 at 10:57 AM
**To:** Jonathan Feldman <jonathan.feldman@therabodycorp.com>
**Subject:** FW: Sales Order including Freight

See below.
AS

**Andrew Spellman**
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



---

**From:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Date:** Monday, October 17, 2022 at 8:41 AM
**To:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Subject:** Re: Sales Order including Freight

Ok just got numbers for this batch. We had to make adjustments on our end. Please send adjusted new order over and we can get started.

1092 brown box mini
2200 Pro (reduced)
5000 Prime

Thanks,

David Walton

---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Sent:** Wednesday, October 12, 2022 2:06 PM

**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Re: Sales Order including Freight

1,092 - MINI-RETAIL
5,000 - Prime
**Total:** 26 pallets @ 24,200 lbs - $3700

2496 - PRO
**Total:** 26 pallets @ 24,200 lbs - $3700

504 PRO
**Total:** 6 pallets - 5,000 lbs - $1400

2 full truckloads and one partial.
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



---

**From:** Andrew Spellman <andrew.spellman@therabodycorp.com>
**Date:** Wednesday, October 12, 2022 at 12:50 PM
**To:** David Walton <DWalton@DOMINIONSOURCE.COM>
**Subject:** Sales Order including Freight

David:
See attached Sales Order which includes freight costs.  Please pay via wire and we will move to get this product shipped to you.
THANK YOU very much.
Andrew

Andrew Spellman
Vice President Corporate Markets | Therabody
C: 314-278-8835
E: andrew.spellman@therabodycorp.com
W: www.therabody.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.