IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| THERABODY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23cv545 (RCY) |
| | ) | |
| DAVID C. WALTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendant, by counsel, and submits this Motion for Substitution of Counsel and in support thereof states as follows:

1. Current local counsel for Defendant David C. Walton are:

    Belinda Duke Jones, Esq.
    Elizabeth Smith Olcott, Esq.
    Christian & Barton
    901 East Carey Street, Suite 1800
    Richmond, Va.  23219
    Phone:    804.697.4100
    Fax:       804.697.4112
    bjones@cblaw.com
    lolcott@cblaw.com

2. Defendant wishes to substitute new local counsel and current local counsel is withdrawing from this case.

3. Defendant's new local counsel is as follows, and is filing a Notice of Appearance simultaneously with this Motion:

    Duncan G. Byers, Esq.
    Va. Bar No. 48146
    BYERS LAW
    1769 Jamestown Road, Suite 120
    Williamsburg, Va.  23185
    Phone:    757.317.2779
    Fax:       757.231.3797

dbyers@dbyerslaw.com

WHEREFORE, Defendant respectfully requests that this Court enter the submitted proposed Order substituting Duncan G. Byers and the law firm of Byers Law for current local counsel.

This the 8th Day of March, 2024.

**WE ASK FOR THIS**

/s/ Elizabeth Smith Olcott
Belinda Duke Jones, Esq.
Elizabeth Smith Olcott, Esq.
Christian & Barton
901 East Carey Street, Suite 1800
Richmond, Va.  23219
Phone: 804.697.4100
Fax:     804.697.4112
bjones@cblaw.com
lolcott@cblaw.com
*Withdrawing Local Counsel for Defendant*

/s/ Duncan G. Byers
Duncan G. Byers, Esq.
Va. Bar No. 48146
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Va.  23185
Phone: 757.317.2779
Fax:     757.231.3797
dbyers@dbyerslaw.com
*New Local Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing MOTION FOR SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system which served notice of this filing to all counsel of record.

/s/ Duncan G. Byers
Duncan G. Byers, Esq.
Va. Bar No. 48146
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Va. 23185
Phone: 757.317.2779
Fax:     757.231.3797
dbyers@dbyerslaw.com
*New Local Counsel for Defendant*