IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THERABODY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:23cv545 (RCY) |
| | ) |
| DAVID C. WALTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

THIS DAY came Defendant, by counsel, and upon consideration of his Motion for Substitution of Counsel it is hereby ADJUDGED, RULED, and DECREED that:

1. Current local counsel for Defendant David C. Walton, Belinda Duke Jones, Esq. and Elizabeth Smith Olcott, Esq., and the law firm of Christian & Barton, are hereby withdrawn as local counsel of record;

2. Substituted in place of the above withdrawn local counsel of record is Duncan G. Byers, Esq. and the law firm of Byers Law.

ENTERED

This the _____ Day of March, 2024.

_____
Judge, United States District Court
Eastern District of Virginia,
Richmond Division