# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| THERABODY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23cv545 (RCY) |
| | ) | |
| DAVID C. WALTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record, please be advised that I, Duncan G. Byers, Virginia State Bar Number 48146, of the law firm of Byers Law, am admitted to practice in this Court and hereby enter an appearance as counsel for Defendant, David C. Walton, in the above-captioned matter.

This 8th Day of March, 2024

                                           Respectfully submitted,
                                           Byers Law

                                           By: /s/ Duncan G. Byers

                                           Duncan G. Byers, Esq.
                                           Va. Bar No. 48146
                                           BYERS LAW
                                           1769 Jamestown Road, Suite 120
                                           Williamsburg, Va. 23185
                                           Phone: 757.317.2779
                                           Fax:    757.231.3797
                                           dbyers@dbyerslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which served notice of this filing to all counsel of record.

/s/ Duncan G. Byers
Duncan G. Byers, Esq.
Va. Bar No. 48146
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Va. 23185
Phone: 757.317.2779
Fax: 757.231.3797
dbyers@dbyerslaw.com
