IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THERABODY, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 3:23cv545 (RCY) |
| | ) |
| DAVID C. WALTON, | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Extend Case Deadlines (ECF No. 43). The Court held a Status Conference on April 11, 2024, to ascertain the nature of the parties' disputes, at the conclusion of which the parties advised the Court that outstanding discovery disputes remain. In accordance with the directives issued from the bench, the Court DENIES the specific relief sought in the Motion to Extend Case Deadlines (ECF No. 43) and ORDERS that the parties jointly submit a filing by **5:00 p.m. on April 19, 2023**, advising the Court of the status of the discovery disputes. Specifically, the parties are DIRECTED to outline (1) what portions of the dispute(s) has been resolved, and (2) what, if anything, remains in dispute. Should the parties fail to resolve their disputes, the Court ADVISES the parties that, pursuant to Rule 53(a)(1)(C) of the Federal Rules of Civil Procedure, it may appoint a special master to manage and supervise the remaining discovery issues. As the Court noted at the Status Conference—and pursuant to Rule 53(g)(2)(A)—the parties would be required to pay the special master's compensation, at a rate to be fixed, the allocation of which will be determined by the Court.

In light of the foregoing, the Court further ORDERS that all pretrial deadlines are STAYED, and the dates currently set for the Final Pretrial Conference and Trial are VACATED.

Let the Clerk file this Order electronically and notify counsel accordingly.

It is so ORDERED.

                                                                                                                      /s/ RCY
                                                          _____

Richmond, Virginia                                                  Roderick C. Young
Date: <u>April 11, 2024</u>                                        United States District Judge