IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THERABODY, INC., )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DAVID C. WALTON, )<br>    Defendant. )<br>) | Civil Action No. 3:23CV545 (RCY) |

**ORDER**

This matter is before the Court on the Special Master's Report and Recommendation ("R&R," ECF No. 58). For the reasons described in the accompanying Memorandum Opinion, the R&R is ADOPTED IN PART AND REVERSED IN PART.

The Court hereby ORDERS that Plaintiff Therabody, Inc. RESPOND to the following discovery requests advanced by Defendant David Walton: Interrogatory Nos. ("ROGs") 10, 16–17; Request for Production Nos. ("RFPs") 11, 14, 19; and Request for Admission Nos. ("RFAs") 3, 6, 10, 14–16.

The Court hereby ORDERS that Defendant Walton RESPOND to the following discovery requests advanced by Plaintiff Therabody: ROGs 9, 13–15, 17–20; RFPs 5–15, 17–20; and RFAs 7–15, 17–23, 25–45, 48, 59–65, 71–74.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ *RCY*
Roderick C. Young
United States District Judge

Date: September 22, 2025
Richmond, Virginia