**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **THERABODY, INC.,**<br>**Plaintiff,**<br>**v.**<br>**DAVID C. WALTON,**<br>**Defendant.** | **Case No. 3:23-cv-545** |

**DEFENDANT DAVID C. WALTON'S OPPOSITION TO SPECIAL MASTER'S MOTION TO SHOW CAUSE AND MOTION FOR EVIDENTIARY HEARING**

COMES NOW Defendant David C. Walton ("Walton"), and for his opposition to the Special Master's Motion to Show Cause (ECF 87) filed on September 3, 2026, states as follows:

1. Walton concurs with the factual statements made by the Special Master Charles E. James, Jr., Esq. ("Mr. James") in Paragraphs 1 through 9 of his Motion to Show Cause.
2. The exact amount paid as of the date of the Court hearing this matter will be presented to the Court on the date of the Court's hearing.
3. Mr. Walton's involvement in this matter and a related matter brought in federal court in California arose out of his business involvement with Zach Zeltzer ("Mr. Zeltzer") wherein Mr. Walton served as a middleman to purchase goods (the "Goods") from plaintiff Therabody, Inc. ("Therabody") to be delivered to Mr. Zeltzer by and through his company Dialectic Distribution, LLC ("Dialectic") for resale by Dialectic. As a result of Dialectic's sales of the Goods in a manner that Therabody alleged violated Therabody's contractual rights, Thereabody brought the California and this cause of action against Walton.
4. At all times Zeltzer and Dialectic were and continue to be represented by David

Rubenstein, Esq. (“Mr. Rubenstein”).

5. Due to Mr. Walton having been sued for actions taken by Zelzter and Dialectic, Zeltzer and Rubenstein agreed that Mr. Walton would be represented by Mr. Rubenstein with Mr. Walton indemnified for all litigation and related costs and exposures by Zeltzer by and through Dialectic.

6. To that end, Mr. Walton entered into an engagement agreement (the “Engagement”) with Mr. Rubenstein (attached as Exhibit 1) wherein Mr. Rubenstein and his current clients Zeltzer and Dialectic agreed to indemnify Mr. Walton as described above. *See* Exhibit 1, ¶ 4.

7. In the time since the Engagement, Mr. Walton has become aware that Zeltzer and Rubenstein have been directing this litigation in a manner intended to benefit and protect the interests of Zeltzer and Dialectic to the detriment of Mr. Walton. In addition, Zeltzer has failed to indemnify Mr. Walton as agreed, including failing to pay in full both the agreed-upon settlement amount with Therabody as well as the fees due to Mr. James, and Mr. Walton is without the resources to pay Mr. James in the amounts and time that Mr. James has requested.

8. Mr. Walton has terminated Mr. Rubenstein’s representation of him as counsel.

9. Mr. Walton agrees that Mr. James is entitled to payment as ordered by the Court, and is not intentionally violating the Court’s Order to pay Mr. James.

WHEREFORE defendant David Walton respectfully requests that the Court Order an evidentiary hearing for Mr. Walton to present these matters to the Court through testimony and documentary evidence, and stay any ruling on Mr. James’s Motion pending the outcome of such hearing, as well as any other relief that the Court may deem proper and just.

Date: September 25, 2026

Respectfully submitted,

**DAVID C. WALTON**

By: /Duncan G. Byers/

Duncan G. Byers (VSB # 48146)
GORDON REES SCULLY MANSUKHANI, LLP
5425 Discovery Park Boulevard,
Suite 200
Williamsburg, VA 23188
Telephone: 757-903-0879
Facsimile: 757-401-6770
dbyers@grsm.com
kgonzalez@grsm.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2026, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/Duncan G. Byers/

Duncan G. Byers (VSB # 48146)
GORDON REES SCULLY MANSUKHANI, LLP
5425 Discovery Park Boulevard, Suite 200
Williamsburg, VA 23188
Telephone: 757-903-0879
Facsimile: 757-401-6770
dbyers@grsm.com
kgonzalez@grsm.com
*Counsel for Defendant David C. Walton*