# Rubenstein Business Law

100 Horizon Center Blvd.
Hamilton, NJ 08691
Ph: 609-528-5673
Fax: 609-528-5601
Email: Drubenstein@RubensteinBusinessLaw.com
Website: www.RubensteinBusinessLaw.com


March 23, 2023

David Walton
IT Director
Dominion Sourcing LLC
13321 W. Salisbury Rd.
Midlothian, Virginia 23113

**Re: Therabody, Inc. v. Dominion Sourcing, LLC**

Dear Mr. Walton,

This letter shall serve to confirm our agreement wherein you, (the "Client"), have agreed to retain this firm to represent you in the above-captioned matter.

To adequately represent you, it may be necessary to do any or all of the following: Court appearances to bring or answer motions; research; investigation; correspondence; preparation and drafting of pleadings, legal memoranda and other legal documents; trial preparation; preparation of witnesses; depositions and other forms of discovery and conferences with the other parties to this action in an attempt to effectuate settlement.

You have retained the firm of Rubenstein Business Law. Our firm reserves the right to assign personnel to various aspects of your case as we see fit.

Dialectic Distribution, LLC will pay for all your legal expenses, and out-of-pocket disbursements for filing fees, copy costs, depositions, messenger service, postage, facsimile charges, process servers, expert witnesses, such as accountants, appraisers, tax accountants, attorneys or investigations, and any other disbursements on your behalf will be billed in addition to the aforementioned fees for services.

Invoices will be sent to you at a minimum of once per month. Payment in full is due upon receipt of our invoice. If we do not receive payment within thirty (30) days of the invoice date, an interest charge will be imposed on a monthly basis at a rate of 12% per annum. In addition, if timely payment is not made client consents to our withdrawal as counsel in this matter.

Rubenstein Business Law cannot predict or guarantee the amount of your final bill. It will depend upon the time spent on your case, the hourly rate in effect at that time, and the other expenses incurred. As we discuss each step of the case, we recommend that you inquire as to the potential cost regarding each step, and we will attempt to give you a reasonable estimate so that you can make an economicjudgment

as to the cost versus the benefit of proceeding.

Since I am representing both Dialectic Distribution, LLC and yourself, there could be the appearance of a conflict of interest and I wanted to make you aware of this potential conflict. In deciding whether to waive this conflict, you should consider my firm's duty of confidentiality to you. We are obliged to keep information relating to our representation of you confidential, and our representation of you may cause you to be concerned about the confidentiality of your information. We will not disclose any information relating to our representation of you. Therefore, I do not believe that your confidential information is at risk.

In addition to issues of confidentiality, you should consider for yourself what effect our representation of Dialectic Distribution, LLC will have on you. Clients may rightly be concerned that firms may be less vigorous in pursuing their matters when the firm also represents a concurrent party. I do not, however, believe that there is any risk that my firm's representation of you will in any way be impaired by our representation of Dialectic Distribution, LLC.

Although I have asked you to waive this conflict, you are not required to do so. Should you decline to waive this conflict, my firm would be unable to represent you, and other counsel would represent you in connection with the contract negotiations. I urge you to seek the advice of other counsel of your choice if you so wish with respect to this waiver.

If the terms and conditions of this letter are acceptable to you, we request that you sign this letter and return it to us. Should you have any questions regarding the foregoing, please do not hesitate to contact us.

We appreciate the confidence you have placed in Rubenstein Business Law and look forward to serving you in this matter.

Very truly yours,

*David Rubenstein*

The foregoing terms are accepted and approved.

________________________________

By: David Walton

________________________________

By: Dominion Sourcing, LLC

____________

Date